**WRONA DUBOIS, PLLC**
Joseph E. Wrona (#8647)
Joseph M. Stultz (#12251)
1745 Sidewinder Drive
Park City, Utah 84060
Telephone: (435) 649-2525
Facsimile: (435) 649-5959
wrona@wdlawfirm.com
stultz@wdlawfirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JEFFREY BRUENINGSEN**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **RESORT EXPRESS INC**., <br><br> Defendant. | **NOTICE OF APPEAL** <br><br> Case No. 2:12-cv-00843-DN <br><br> Judge David Nuffer |

Notice is hereby given that the Plaintiffs in the above-named case, Jeffrey Brueningsen, *et al.*, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Decision and Order Granting Motion for Partial Summary Judgment, docket no. 64, entered January 26, 2015, and the Memorandum Decision and Order Denying [86] Plaintiff's Motion for Reconsideration, docket no. 91, entered March 25, 2016. These orders were made final with the Order of Dismissal with Prejudice, docket no. 104, entered in this action on October 12, 2016.

DATED this 14th day of November, 2016.

**WRONA DUBOIS, PLLC**

/s/ Joseph M. Stultz
Joseph E. Wrona
Joseph M. Stultz
*Attorneys for Plaintiffs*

<0>
<0>
<0>

<0>

<0>
<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 14, 2016, a copy of the foregoing was filed using the Court's CM/ECF system which sent notice and a copy to:

RAY QUINNEY & NEBEKER, P.C.
Scott A. Hagen
Michael E. Blue
Liesel Stevens
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

<0>/s/ Jenni Webster